## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| BRANDON JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:13CV01289 SNLJ |
| | ) | |
| MICHAEL BOWERSOX, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on the petition for writ of habeas corpus filed by Petitioner Brandon Johnson. I referred this matter to United States Magistrate Judge Patricia L. Cohen, for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On December 14, 2016, Judge Cohen filed her recommendation that Johnson's habeas petition should be dismissed.

No objections to Judge Cohen's Report and Recommendation were filed. After careful consideration, I will adopt and sustain the thorough reasoning of Judge Cohen and deny Johnson's habeas petition for the reasons stated in the Report and Recommendation dated December 14, 2016.

I have also considered whether to issue a certificate of appealability. To grant a certificate of appealability, the Court must find a substantial showing of the denial of a federal constitutional right. *See Tiedeman v. Benson*, 122 F.3d 518, 522 (8th Cir. 1997). A substantial showing is a showing that issues are debatable among reasonable jurists, a Court could resolve the issues differently, or the issues deserve further proceedings. *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997) (citing *Flieger v. Delo*, 16 F.3d 878, 882-83 (8th Cir. 1994). Because Johnson has

not made such a showing in this case, I will not issue a certificate of appealability.

Accordingly,

**IT IS HEREBY ORDERED** that Judge Patricia L. Cohen's Report and

Recommendation, [ECF 45], filed on December 14, 2016 is adopted and sustained in its entirety.

**IT IS FURTHER ORDERED** that Petitioner Brandon Johnson's Petition for Writ of

Habeas Corpus, [ECF 1], is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

A separate Judgment in accordance with this Memorandum and Order is entered this

same date.

Dated this 17th day of January, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE